JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALT AND PEPPER CLOTHING, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HERA COLLECTIONS, INC., a California Corporation; et al.,<br><br>Defendants. | Case No.: CV 15-3445-DMG (AJWx)<br><br>ORDER ON STIPULATION FOR DISMISSAL OF CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) [26] |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. The above-captioned action is dismissed with prejudice;

2. The parties are to bear their own attorneys' fees and costs of suit as incurred against one another; and

3. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: December 17, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE